UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-406-GW-MAAx | Date | March 13, 2024 |
|---|---|---|---|
| Title | *Star Fabrics, Inc. v. Revolve Group, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT

On March 12, 2024, Plaintiff Star Fabrics, Inc. filed a Notice of Settlement. The Court vacates all currently set dates, with the expectation that a dismissal will be filed within 30 days. The Court sets an order to show re: settlement hearing for April 15, 2024 at 8:30 a.m. The hearing will be vacated provided a notice of dismissal is filed by noon on April 12, 2024.

| | : | |
|---|---|---|
| | Initials of Preparer | JG |